■ JOHN T. BUCKLEY et al., Individually and on Behalf of all Present and Future Judges of the County Court of Oneida County, Appellants, v MATTHEW T. CROSSON, as Chief Administrator of the Courts of the State of New York, and as Representative of the Administrative Board of the Judicial Conference of the State of New York, et al., Respondents. [619 NYS2d 988] —Order and judgment unanimously vacated without costs *(see, Buckley v Crosson,* 202 AD2d 972). (Appeal from Order and Judgment of Supreme Court, Oneida County, Tenney, J.—Renewal.) Present—Green, J. P., Pine, Lawton, Callahan and Doerr, JJ.

■ In the Matter of NORA WINGO, Appellant, v MARY JO BANE, as Commissioner of New York State Department of Social Services, et al., Respondents. [619 NYS2d 989] —Judgment unanimously affirmed without costs *(see, Matter of Kreslein v Perales,* 204 AD2d 942). (Appeal from Judgment of Supreme Court, Niagara County, Rath, Jr., J.—Article 78.) Present—Green, J. P., Pine, Lawton, Callahan and Doerr, JJ.